

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00738-CV

Carolyn M. **MILLER**,
Appellant

v.

**DURANGO MIDRISE, LLC** d/b/a Hemisview Village,
Appellee

From the County Court, Bexar County, Texas
Trial Court No. 387577
Honorable Jason Pulliam, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. No costs of appeal are assessed against Appellant Carolyn M. Miller.

SIGNED January 15, 2014.

_____
Karen Angelini, Justice